IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 25-51511 |
| | ) | CHAPTER 13 |
| | ) | |
| REBECCA L. HORVATH | ) | JUDGE KOSCHIK |
| | ) | |
| | ) | <u>NOTICE OF COMPLIANCE</u> |
| <u>DEBTOR</u> | ) | <u>WITH 11 U.S.C. §521</u> |

Now comes the debtor, Rebecca L. Horvath, by and through counsel, and gives notice as follows:

1. Pursuant to the requirements under 11 U.S.C §521 (a)(1)(B)(iv), notice is hereby given that the above captioned debtor is self-employed and does not receive pay advices, thus no payment advices will be filed with respect to debtor.

    Respectfully submitted,

    /s/ Steven J. Heimberger
    Steven J. Heimberger (#0084618)
    Roderick Linton Belfance LLP
    South Main Street, 10th Floor
    Akron, OH 44308
    (330) 434-3000
    Fax: (330) 434-9220

**Certificate of Service**

I hereby certify that a copy of the foregoing was served on September 3, 2025, upon the following:

    Office of the U.S. Trustee, served electronically
    Chapter 13 Trustee

    /s/ Steven J. Heimberger
    Steven J. Heimberger (#0084618)