IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 25-51511 |
| | ) | |
| REBECCA L. HORVATH | ) | JUDGE KOSCHIK |
| | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | |

**MOTION TO EXTEND THE AUTOMATIC STAY
PURSUANT TO §362(c)(3)(B) AS TO ALL CREDITORS**

Now comes the debtor, Rebecca L. Horvath ("Debtor"), by and through counsel, and hereby moves the Court to issue an Order extending the automatic stay in the above-referenced Chapter 13 proceeding as to all creditors and, as grounds therefore, state as follows:

1. The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code in the Northern District of Ohio, Eastern Division, on September 2, 2025.

2. This is a core proceeding.

3. The Debtor had previously filed a Chapter 13 petition, case number 23-51015, that was dismissed within twelve (12) months of the filing of the current petition.

4. The Debtor seeks an extension of the automatic stay imposed pursuant to 11 U.S.C. §362(c)(3)(A) as to all creditors until further order of this Court or discharge to effectuate an orderly plan of reorganization pursuant to 11 U.S.C. §362(c)(3)(B).

5. Although the prior case was dismissed, there are changes in circumstances that will allow the Debtor to be successful in her current Chapter 13 bankruptcy. In the previous

case, the Debtor states that she is self-employed and that her income is derived primarily from the operation of her business. Due to unanticipated business expenses early on in her previous case, Debtor missed several payments which in turn caused her plan payment to be modified upwards to the point the payments became unfeasible. Debtor believes she will be able to be successful in her current plan as her net business revenues have steadied over the past six months and she anticipates they will remain so for the foreseeable future.

6. The Debtor anticipates being able to perform under her proposed plan and proposes the same in good faith, which should allow for an extension of the automatic stay as to all creditors in this case.

**WHEREFORE**, the Debtor prays that this Court enter an Order extending the automatic stay in this proceeding as to all parties in interest until further Order of this Court or discharge and for such other relief as may be just under the circumstances.

Respectfully submitted,

/s/ STEVEN J. HEIMBERGER
**STEVEN J. HEIMBERGER**
Registration No. 0084618
50 S. Main Street, 10th Floor
Akron, Ohio 44308
Phone (330) 434-3000
Fax (330) 434-9220
Email: sheimberger@rlbllp.com
*Counsel for Debtor*