Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 25−51511−amk**

**In re:**
Rebecca L Horvath
3479 East Tuscarawas Ext.
Barberton, OH 44203

**Social Security No.:**
xxx−xx−8666

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
September 25, 2025 at 3:00 PM
2 South Main Street, Courtroom #260, John F. Seiberling Federal U.S. Courthouse
Akron, OH 44308

To consider and act upon the following matters:

Motion to Extend Automatic Stay Filed by Debtor Rebecca L Horvath

**Dated:** September 5, 2025
Form ohnb187

For the Court
Josiah C. Sell, Clerk