**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| REBECCA L HORVATH | CASE NO: 25-51511-amk |
| DEBTOR | JUDGE: ALAN M. KOSCHIK |

## OBJECTION TO CONFIRMATION OF PLAN

Now comes the secured creditor, HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-A, Mortgage-Backed Certificates, Series 2005-A, ("Creditor") as the holder of the mortgage lien against the debtor's principal place of residence located at 430 - 432 Morgan St, Barberton, OH 44203 and hereby objects to confirmation of the Debtor's plan.

Creditor states that the Debtor's proposed plan indicates payment of $1,998.00 in arrearages to HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-A, Mortgage-Backed Certificates, Series 2005-A. However, the arrearage claim to be filed by HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-A, Mortgage-Backed Certificates, Series 2005-A is in the approximate amount of $10,420.08.

WHEREFORE, HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2005-A, Mortgage-Backed Certificates, Series 2005-A objects to the confirmation of the debtor's proposed plan.

Respectfully Submitted,

/s/ C. Wesley Pagles
LOGS Legal Group LLP
Tamara Gurchik 0090798
Zachary G. Edwards MO63798
C. Wesley Pagles IN37185-49
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100

Fax: (847) 627-8805
Email: logsecf@logs.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned does hereby certify that on September 19, 2025, a copy of the foregoing was served to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Steven Heimberger, Roderick Linton Belfance, LLP, on behalf of Rebecca L Horvath, debtor(s), at sheimberger@rlbllp.com

Kathryn A. Belfance, Roderick Linton Belfance, on behalf of Rebecca L Horvath, debtor(s), at kb@rlbllp.com

Keith Rucinski, on behalf of the Chapter 13 Trustee's office at efilings@ch13akron.com

And by regular U.S. mail, postage prepaid, on:

Rebecca L Horvath, 3479 East Tuscarawas Ext., Barberton, OH 44203

/s/ C. Wesley Pagles
LOGS Legal Group LLP
Tamara Gurchik 0090798
Zachary G. Edwards MO63798
C. Wesley Pagles 37185-49
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: logsecf@logs.com

23-046660 BK02; ob; September 19, 2025