**This document was signed electronically on September 25, 2025, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 25, 2025**



**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN THE MATTER OF: | ) | CASE NO. 25-51511 |
|---|---|---|
| | ) | CHAPTER 13 |
| | ) | |
| REBECCA L. HORVATH | ) | JUDGE KOSCHIK |
| | ) | |
| | ) | ORDER TO EXTEND THE |
| | ) | AUTOMATIC STAY PURSUANT |
| | ) | TO §362(c)(3)(B) AS TO ALL |
| DEBTOR | ) | CREDITORS |

    This matter came to be considered on the Debtor's Motion to Extend the Automatic Stay (Docket No. 10) (the "Motion") filed on September 4, 2025.

    Movant has alleged that good cause exists for granting the Motion and that the Creditors, The Trustee, and all other necessary parties were served with the Motion and

with notice of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on the foregoing, it appears appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED:**

1. The Motion is granted and the automatic stay is permanently extended as to all creditors.

###

SUBMITTED BY:

/s/ Steven J. Heimberger
Steven J. Heimberger
Registration No. 0084618
50 S. Main Street, 10th Floor
Akron, Ohio 44308
Tel: (330) 434-3000
Fax: (330) 434-9220
Email: sheimberger@rlbllp.com
Attorney for Debtor

## Certificate of Service

Via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Steven Heimberger   sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Keith Rucinski   efilings@ch13akron.com
- United States Trustee   (Registered address)@usdoj.gov

Served Via Regular U.S. Mail:

Rebecca L. Horvath
3479 East Tuscarawas Ext.
Barberton, OH 44203

And to Creditors listed on the attached matrix

# MATRIX

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226-3416

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Attorney General of the U.S.
U.S. D.O.J. Tax Division
Civil Trial Section, N.Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024-2302

Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101-2076

Credit Corp. Solutions
121 West S Election Rd
Draper, UT 84020

Crown Asset Management, LLC
c/o CT Corporation System
Statutory Agent
4400 Easton Commons Way, Suite 125
Columbus, OH 43219-6223

Digestive Health Center
570 White Pond Drive
Suite 150
Akron, OH 44320-4207

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

HRN
608 S Tuscarawas Avenue
Dover, OH 44622-2346

Huntington National Bank
Attn: Bankruptcy
Po Box 89424
Cleveland, OH 44101-6424

Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street
Room 493
Cleveland, OH 44199-9941

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Max Lend
P.O. Box 639
Parshall, ND 58770-0639

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053-6945

PHH/New Res Mtg
P.O. Box 24738
West Palm Beach, FL 33416-4738

Service Finance
P.O. Box 645487
Cincinnati, OH 45264-5487

Summa Health
P.O. Box 771880
Detroit, MI 48277-1880

Timothy C. Horvath
430 Morgan Street
Barberton, OH 44203-1755

Timothy Joseph Horvath
2058 Como Street
Port Charlotte, FL 33948-1235

(p)U S ATTORNEY'S OFFICE
ATTN BANKRUPTCY UNIT
801 WEST SUPERIOR AVE SUITE 400
CLEVELAND OH 44113-1852

Verdict Assurance Group LLC

2125 Center Avenue #308
Fort Lee, NJ 07024-5810

Akron Digestive Disease
Consultants
570 White Pond Drive
Akron, OH 44320-4206