IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN THE MATTER OF: | ) | CASE NO. 25-51511 |
| --- | --- | --- |
|  | ) | CHAPTER 13 |
|  | ) |  |
| REBECCA L. HORVATH | ) | JUDGE KOSCHIK |
|  | ) |  |
|  | ) |  |
|  | ) | RESPONSE TO TRUSTEE'S |
| DEBTOR | ) | MOTION TO DISMISS |

Now comes the debtor, by and through counsel, and in response to the Trustee's Motion to Dismiss hereby states that she has a pending Motion to Sell Real Estate on the docket and believes that once granted, her tax liability and secured obligations will decrease significantly which will permit her to amend her plan to address the issues raised by the Trustee.

Wherefore, the debtor requests a hearing on the matter.

Respectfully submitted,

/s/ Steven J. Heimberger
Steven J. Heimberger (#00184618)
Roderick Linton Belfance LLP
50 South Main Street, 10th Floor
Akron, OH 44308
(330) 434-3000
Fax: (330) 434-9220
sheimberger@rlbllp.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I, Steven J. Heimberger, Attorney for Debtor, does hereby certify that a copy of the foregoing was electronically transmitted on or about February 24, 2026, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Kathryn A. Belfance    kb@rlbllp.com, heimbergersr82735@notify.bestcase.com
- Steven Heimberger    sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Christopher P. Kennedy    bankruptcy@carlisle-law.com
- Carl Wesley Pagles    logsecf@logs.com
- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov
- Daniel C. Wolters    bankruptcy@weinerlaw.com

/s/ Steven J. Heimberger
Steven J. Heimberger (#0084618)
*Attorney for Debtor*