# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE:                     ) CHAPTER 13
                            ) CASE NO: 25-51511

Rebecca L Horvath             )

                            ) ALAN M. KOSCHIK
                            ) BANKRUPTCY JUDGE

                DEBTOR(S)      )

                            ) NOTICE THAT CHAPTER 13 PLAN
                            ) CANNOT BE CONFIRMED

-------------------------------------------------------------------------------------------------

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the above Chapter 13 Plan cannot be confirmed for the following reason(s):

     341 Meeting of Creditors has not been concluded.
     Trustee's Motion to Dismiss Case (docket no 39) is pending.

The Trustee is filing this as a courtesy to the attorney of record in this case. The Trustee requests that if any action is needed by Debtor(s) counsel that said counsel take necessary steps to conclude the pending matter(s) so that the Trustee may recommend confirmation of this case at the next scheduled confirmation hearing.

Respectfully submitted,


**/s/ Keith L. Rucinski**

Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

## CERTIFICATE OF SERVICE

I hereby certify that on 03/19/2026, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

Rebecca L Horvath
3479 East Tuscarawas Ext.
Barberton, OH  44203

<u>Via ECF</u>

KATHRYN A BELFANCE ESQ (kb@rlbllp.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 03/19/2026              By: M. Andrick
                                         Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072