# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

**REBECCA L. HORVATH**

DEBTORS

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CHAPTER 13
CASE NO: 25-51511

ALAN M. KOSCHIK
BANKRUPTCY JUDGE

MOTION TO ALLOW TRUSTEE TO MAKE
PRE-CONFIRMATION ADEQUATE
PROTECTION PAYMENTS TO DEBTOR'S
SECURED CREDITORS

........................................................................................

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby moves this Court for an order to allow the Trustee to make adequate protection payments prior to confirmation to the debtor's secured creditors. The Trustee is requesting permission from the Court to distribute funds on conduit mortgage payments on the debtor's residential mortgage and to allow distribution of other funds to the debtor's secured creditors. The Trustee is seeking to bring the debtor's conduit mortgage payments as current as possible and distribute the balance of funds to other secured creditors.

The Trustee states the following:

1. This Chapter 13 case was filed on or about September 2, 2025.
2. The plan remains unconfirmed at this time due to feasibility issues.
3. The debtor has attempted to address the feasibility issues by selling property.
4. There is a motion to sell rental property currently pending with the Court (See PACER docket number 40).
5. In addition to the debtor's plan payments, on or about March 4, 2026, the Trustee received funds from Chase Auto Finance in the amount of $19,970.84.
6. As of the date of this motion, the debtor has filed a motion to allow the Trustee to use the funds from Chase Auto Finance to fund the Debtor(s)'s plan (See PACER docket number 55).
7. Absent an objection by the debtor and other parties in interest the Trustee is moving this Court to allow the Trustee to distribute all funds on hand including the funds received from Chase Auto Finance.
8. The Trustee is seeking to distribute the funds in the approximate amounts to the following creditors:

| Creditor | Court Claim No. | Principal Amount | Interest | Total Disbursed |
|---|---|---|---|---|
| Huntington National Bank | 23-2 | $25,396.56 (conduit mortgage) | $0.00 | $25,396.56 |
| Kathryn A. Belfance | Attorney Admin Order 12-3 | $3,170.75 | $0.00 | $3,170.75 |

| Huntington National Bank | 23-2 | $11,735.75 (mortgage arrears) | $0.00 | $11,735.75 |
|---|---|---|---|---|
| Internal Revenue Service | 09-2 | $3,685.93 | $404.28 | $4,090.21 |
| Ohio Attorney General | 21-1 | $18,332.65 | $2,299.95 | $20,632.60 |
| Quantum3 Group LLC | 08-1 | $203.67 | $0.00 | $203.67 |

9. The Trustee asks the parties to note that these amounts are only approximate amounts depending on the notice time for this motion, any objection by parties, and the approved Court order, that additional conduit mortgage payments may need to be made to bring the debtor's mortgage payments current.
10. The payment of additional conduit payments may reduce funds to be distributed to other secured creditors.
11. The Trustee's motion seeks to distribute not only all funds on hand in the current amount of $65,234.53, but to distribute all future funds paid in the case.
12. This order would cease to operate when the case is confirmed, dismissed, or converted.
13. The Trustee is seeking to distribute funds pursuant to the debtor's chapter 13 plan (See PACER docket number 2).
14. The Trustee further seeks to be allowed the standard trustee administrative fee on all funds received or distributed to creditors.

WHEREFORE, the Chapter 13 Trustee hereby moves this Court for an order to allow the distribution of funds in the approximate amounts listed herein. This motion also seeks to allow the Trustee to make ongoing conduit mortgage payments until the plan is either confirmed, dismissed, or converted.

<u>NOTICE</u>

Pursuant to 11 USC § 102, unless a party in interest requests a hearing regarding this motion, the Court may grant this motion without further hearing or notice. Any party wishing to be hearing with regard to this motion must file a response to this motion within 21 days from the date listed below in the certificate of service.

Any party wishing to be heard must file a response at:

US Bankruptcy Court
455 Federal Building
2 South Main Street
Akron, OH 44308

The following parties must be served with a copy of the request for hearing:

Rebecca L. Horvath
3479 East Tuscarawas Ext.
Barberton. OH 44203

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Kathryn A. Belfance
Roderick, Linton, Belfance
Kennard Professional Building
5250 Transportation Blvd #201
Garfield Heights, OH 44125

Keith L. Rucinski, Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308

In the absence of any party in interest requesting to be heard on this motion, the Court may grant this motion without further hearing or notice.

Respectfully submitted,

/s/ Keith L. Rucinski
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Esq.
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
T: 330.762.6335
F: 330.762.7072
E**: krucinski@ch13akron.com**

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, a copy of the foregoing was sent via Regular Mail to:

Rebecca L. Horvath
3479 East Tuscarawas Ext.
Barberton, OH 44203

All creditors per attached list

via ECF:
Kathryn A. Belfance, Esquire at kb@rlbllp.com
Amy Good, Esquire-Office of the US Trustee at Amy.L.Good@usdoj.gov

Monica Andrick
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

AFFIRM INC
C/O RESURGENT CAPITAL
SERVICES
PO BOX 10587
GREENVILLE, SC  29603

ALLY SERVICING LLC AS
SERVICER OF CITRUS TREE
C/O AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT
APS
OKAHOMA CITY, OK  73118

AMERICAN EXPRESS
CENTURION BANK
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA  19355-0701

CAPITAL ONE AUTO FINANCE
C/O AIS PORTFOLIO SERVICES
LP
4515 N SANTA FE AVE DEPT
APS
OKLAHOMA CITY, OK  73118

CAPITAL ONE BANK
BY AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY, OK  73118

CHASE AUTO FINANCE
PO BOX 901032
FT WORTH, TX  76101-2032

CHRISTOPHER P KENNEDY
ESQ
SASSANO DEIGHTON
DELANEY HIGGINS MOMMSEN
CO LPA
4834 RICHMOND ROAD SUITE
201
CLEVELAND, OH  44128

CITIBANK NA
5800 S CORPORATE PLACE
SIOUX FALLS, SD  57108-5027

CITY OF PARMA
C/O KEITH D. WEINER &
ASSOC CO LPA
1100 SUPERIOR AVE EAST,
SUITE 1100
CLEVELAND, OH  44114

DAYTON ANESTHESIA & PAIN
SERVICES
PO BOX 1123
MINNEAPOLIS, MN  55440

HANNAH ACKLEY ESQ
6267 OLD WATER OAK ROAD
SUITE 203
TALLAHASSEE, FL  32312

HUNTINGTON NATIONAL BANK
PO BOX 89424
CLEVELAND, OH  44101-8539

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

JOSHUA VAUGHAN ESQ
AMER CUNNINGHAM CO LPA
ONE CASCADE PLAZA SUITE
1510
AKRON, OH  44308

MERRICK BANK
C/O RESURGENT CAPITAL
SERVICES
PO BOX 10368
GREENVILLE, SC  29603-0368

MIDLAND CREDIT
MANAGEMENT INC
PO BOX 2037
WARREN, MI  48090

OHIO DEPARTMENT OF
TAXATION
BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS, OH  43216

ONEMAIN
PO BOX 3251
EVANSVILLE, IN  47731-3251


PHH MORTGAGE
CORPORATION
ATTN BANKRUPTCY
DEPARTMENT
PO BOX 24605
WEST PALM BEACH, FL  33416

QUANTUM3 GROUP AS AGENT
FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND, WA  98083

QUANTUM3 GROUP LLC
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND, WA  98083-0788


QUANTUM3 GROUP LLC AS
AGENT FOR COGNICAL INC
PO BOX 788
KIRKLAND, WA  98083


SANTANDER CONSUMER USA
INC
PO BOX 961245
FORT WORTH, TX  76161


SERVICE FINANCE
BANKRUPTCY
SECTION/100-50-01-51
PO BOX 1847
WILSON, NC  27894

TIMOTHY HORVATH
2058 COMO STREET
PORT CHARLOTTE, FL  33948