Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
**Case No. 25–51511–amk**

**In re:**
Rebecca L Horvath
3479 East Tuscarawas Ext.
Barberton, OH 44203

**Social Security No.:**
xxx–xx–8666

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
July 23, 2026 at 2:00PM
John F. Seiberling Federal Building, 2 S Main St, Courtroom #260
Akron, Ohio 44308

To consider and act upon the following matters:

Motion to Allow Trustee to make Pre–Confirmation Adequate Protection Payments to Debtor's Secured Creditors
Filed by Trustee Keith Rucinski

**Dated:** July 1, 2026                                                For the Court
Form ohnb187                                                Josiah C. Sell, Clerk